# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00326-CV

### R. P. and M. J., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 308924, THE HONORABLE CHRISTOPHER L. CORNISH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants R. P. and M. J. filed their notice of appeal on July 14, 2021. The appellate record was complete on July 22, 2021, making appellants' brief due on August 11, 2021. On August 11, 2021, counsel for appellants filed a motion for extension of time to file appellants' brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Edith S. Kohutek to file appellants' brief no later than August 23, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 16, 2021.

Before Justices Goodwin, Baker, and Smith